IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN NOKES, | Case No. 1:17-cv-00482-MRB |
| Plaintiff, | Judge Barrett |
| v. | |
| MIAMI UNIVERSITY, ET AL. | STIPULATION OF DISMISSAL |
| Defendants | |

      Plaintiff and Defendants hereby stipulate and agree that all claims be dismissed with Prejudice pursuant to an Agreement of the Parties and subject to the Entry of the Proposed Order accompanying this Stipulation.

          **FOR PLAINTIFF**

          /s/ Joshua Engel
Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

**FOR DEFENDANTS**

MICHAEL DEWINE
Attorney General of Ohio

By:

 /s/ Doreen Canton
Doreen Canton (0040394)
Evan T. Priestle (0089889)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
canton@taftlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN NOKES, | Case No. 1:17-cv-00482-MRB |
| Plaintiff, | Judge Barrett |
| v. | |
| MIAMI UNIVERSITY, ET AL. | ORDER OF DISMISSAL |
| Defendants | |

Pursuant to Fed.R.Civ.P. 41, upon receiving the Stipulation of the Parties, this Court Orders that this matter be Dismissed with Prejudice.

The Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the settlement agreement between the parties.

SO ORDERED.

_____
JUDGE
UNITED STATES DISTRICT COURT